**DISMISS and Opinion Filed August 29, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00957-CV

## IN THE INTEREST OF C.Y.G., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-24-02217**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Smith

Before the Court is appellant's "notice of nonsuit without prejudice," which

we construe as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We

grant the motion and dismiss the appeal. *See id.*

|  | /Craig Smith/ |
|---|---|
|  | CRAIG SMITH |
| 240957F.P05 | JUSTICE |



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF C.Y.G., A CHILD

No. 05-24-00957-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-24-02217. Opinion delivered by Justice Smith, Justices Miskel and Breedlove participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Steven J. Gomez recover his costs, if any, of this appeal from appellant Leslie Lopez.

Judgment entered August 29, 2024